IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-54-3H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) **ORDER** |
| RAPHEL SMITH, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion [DE #399], in letter form, to serve the remainder of his sentence on home confinement. This process is governed by 18 U.S.C. § 3624(c)(2) as amended by 12003(b)(2) of the CARES Act and is determined by appropriate Bureau of Prisons' officials. Therefore, the motion is DENIED.

This 14th day of April 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26